BRYAN SCHRODER
United States Attorney

DANIEL DOTY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: daniel.doty@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYON MCFADDEN, and<br>ROBERTA SIELAK,<br><br>Defendants. | No. 4:21-cr-00007-RRB-SAO<br><br>COUNT 1:<br>CONSPIRACY TO DISTRIBUTE A<br>CONTROLLED SUBSTANCE<br>  Vio. of 21 U.S.C. §§ 846 and<br>841(a)(1), (b)(1)(B)<br><br>COUNT 2:<br>ATTEMPTED DISTRIBUTION OF A<br>CONTROLLED SUBSTANCE<br>  Vio. Of 21 U.S.C. §§ 846 and<br>841(a)(1), (b)(1)(B)<br><br>CRIMINAL FORFEITURE<br>ALLEGATION:<br>  21 U.S.C. § 853 |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

Beginning at least as early as December 2020, and continuing until on or about January 15, 2021, at or near Utqiagvik within the District of Alaska and elsewhere, the defendants, BRYON MCFADDEN and ROBERTA SIELAK, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury to distribute a controlled substance, to wit: 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1- (2-phenylethl) – 4-piperidinyl] propenamide (i.e., fentanyl).

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B).

## COUNT 2

On or about January 15, 2021, at or near Utqiagvik within the District of Alaska, the defendants, BRYON MCFADDEN and ROBERTA SIELAK, knowingly attempted to possess with intent to distribute a controlled substance, to wit: 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethl) – 4-piperidinyl] propenamide (i.e., fentanyl).

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction for the offenses in violation of 21 U.S.C. § 841, as set forth in Counts 1-2 of this Indictment, the defendants, BRYON MCFADDEN and ROBERTA SIELAK, shall forfeit to the United States any property constituting or derived from, and

any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.

All of which is pursuant to 21 U.S.C. § 853.

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ Kyle Reardon for</u>
DANIEL DOTY
Assistant U.S. Attorney
United States of America

<u>s/ Bryan Schroder</u>
BRYAN SCHRODER
United States Attorney
United States of America

DATE: <u>1/20/2021</u>