THE LAW OFFICE OF BRIAN HEADY LLC
Brian D. Heady
205 E. Benson Blvd., Suite 102
Anchorage, Alaska 99503
907-868-1932/office
907-868-1942/fax
bheady@headylawoffice.com
Attorney for Defendant, Roberta Ruth Sielak

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTA RUTH SIELAK,<br><br>Defendant. | RIGHT TO SPEEDY TRIAL ACT<br>FSA ACKNOWLEDGEMENT<br>AND WAIVER<br><br><br><br><br>Case No. 4:21-CR-00007-RRB |

I, Roberta Ruth Sielak, the above-named defendant, understand that I have a right to trial in this matter within seventy (70) days from my arraignment on the indictment/information. I also understand that I can agree to certain exclusions from this 70-day period. In order to allow my attorney a reasonable period of time necessary for effective preparation and representation including: reviewing the discovery and evidence in my case, conducting an independent investigation, researching potential pre-trial motions, evaluating options for pre-trial resolution (plea-bargain), and/or preparing for trial in the event a pre-

USA v. Roberta Ruth Sielak; Case No. Case No. 41-MJ-00008 SAO
Right to Speedy Trial Act FSA Acknowledgement and Waiver
Page 1 of 2

Case 4:21-cr-00007-RRB-SAO   Document 24   Filed 02/06/21   Page 1 of 2

trial resolution does not occur. I agree that an initial exclusion of time should occur between his date and my Trial Setting Conference.

Therefore, I agree that the period from today through the date of my Trial Setting Conference [set approximately forty-five (45) days out from now] should be excluded from the seventy (70) day speedy trial calculation. This will allow the United States to provide discovery to my attorney, my attorney to review it and discuss it with my, my attorney to review possible defenses with me, and my attorney to advise me of potential courses of action. This will also permit my attorney to be prepared to advise the court about the status of the case at the Trial Setting Conference at which the Court will address any further possible speedy trial issues.

Dated this 6th day of February, 2021.

*R Sielak*
Roberta Ruth Sielak

s/Brian D. Heady
Attorney for Defendant Roberta Ruth Sielak
Alaska Bar No. 0709051

**CERTIFICATE OF SERVICE**
I hereby certify that on February 6, 2021, a copy of the foregoing was served electronically on

Daniel Doty, AUSA
And all other individuals and entities subject to electronic service in this case

s/ Brian D. Heady

USA v. Roberta Ruth Sielak; Case No. Case No. 41-MJ-00008 SAO
Right to Speedy Trial Act FSA Acknowledgement and Waiver
Page 2 of 2

Case 4:21-cr-00007-RRB-SAO   Document 24   Filed 02/06/21   Page 2 of 2